**Order filed September 25, 2014 Withdrawn and Corrected Order filed December 4, 2014**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00756-CV**
_____

**DON MCCAFFETY, Appellant**

**V.**

**JOYCE MCCAFFETY, ET AL, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-29862**

## CORRECTED ORDER[1]

This is an attempted appeal from a judgment signed June 17, 2014. Appellant filed an untimely motion to modify the judgment on July 20, 2014.[2] The notice of appeal was filed September 15, 2014. The notice of appeal must be filed within thirty days after the judgment is signed when appellant has not filed a

---

[1] Our order of September 25, 2014, incorrectly states that the notice of appeal was filed July 20, 2014.

[2] The motion is dated July 18, 2014, but that too is untimely.

timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law.  *See* Tex. R. App. P. 26.1.

On October 8, 2014, appellant filed a motion to extend time to file the notice of appeal.  The motion fails to demonstrate the appellate timetable was extended by the timely filing of a motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law. Accordingly, the notice of appeal was due July 17, 2014.

The court will consider dismissal of the appeal on its own motion for want of jurisdiction unless any party files a response on or before December 15, 2014, showing meritorious grounds for continuing the appeal.


PER CURIAM